No. 86–6480.  HAMPTON *v.* ALASKA.  Sup. Ct. Alaska.  Certiorari denied.

No. 86–6499.  HOGAN *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 85–958.  ILLINOIS *v.* EYLER.  App. Ct. Ill., 2d Dist.  Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 86–291.  SUMNER, DIRECTOR, NEVADA DEPARTMENT OF PRISONS *v.* PHELPS.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 86–1311.  A. L. LABORATORIES, INC., ET AL. *v.* NORTH AMERICAN PHILIPS CORP.  C. A. 8th Cir.  Certiorari denied. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 86–1338.  DEYA *v.* BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY ET AL.  C. A. 5th Cir.  Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 86–6197.  GIPSON *v.* ROSENBERG ET AL.  C. A. 5th Cir. Motion of respondents for damages denied.  Certiorari denied.